**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Jonathan M. Preziosi, Esq. (I.D. No. 002041992)
Brian C. Deeney, Esq. (I.D. No. 021022011)
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
973-577-6260
Jonathan.Preziosi@lewisbrisbois.com
Brian.Deeney@lewisbrisbois.com
*Attorneys for Defendant OTTOGI America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTG NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> OTTOGI AMERICA, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 2:24-cv-07209 <br> ) <br> ) <br> ) **MOTION RETURN** <br> ) **DATE: September 16,** <br> ) **2024** <br> ) <br> ) <br> ) |

## DEFENDANT OTTOGI AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, on September 16, 2024 or at such other date as may be agreed upon or ordered, at the United States District Court for the District of New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, Defendant OTTOGI America, Inc. ("OA"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith, LLP, will and hereby does move this Court for an Order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and is based on this notice of Motion, Certification of Sunggun Park with exhibits, accompanying Brief in Support, all pleadings and papers filed herein, oral argument, if any, and any other matter that may be submitted at any hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant OA hereby requests oral argument on the Motion pursuant to Local Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

/s/ *Jonathan M. Preziosi*
/s/ *Brian C. Deeney*
Jonathan M. Preziosi (ID: 002041992)
Brian C. Deeney (ID: 021022011)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
One Riverfront Plaza, Suite 800
Newark, NJ 07102
973-577-6260
Jonathan.Preziosi@lewisbrisbois.com
Brian.Deeney@lewisbrisbois.com

Date: 8/5/24